IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-07-090-S-BLW |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM DECISION** |
| v. | ) | **AND ORDER** |
| | ) | |
| CHRISTOPHER HUITT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MEMORANDUM DECISION**

The Court has before it defendant Huitt's motion for judgment of acquittal or, in the alternative, for a new trial. Huitt argues that the evidence was insufficient. Under Rule 29, the Court must determine whether, examining the evidence in a light most favorable to the Government, any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt. *See Jackson v. Virginia*, 443 U.S. 307 (1979).

Huitt argues that there was insufficient evidence that he distributed child pornography. The Court disagrees. The evidence showed that (1) Huitt had 85 images of child pornography – created before June 5, 2005 – on his home computer; (2) the same 85 images were found on a Yahoo! Photos folder dated

**Memorandum Decision and Order – Page 1**

June 5, 2005, and identified as "voyager837009"; (3) evidence showed that someone with that screen name – "voyager837009" – was on-line in Yahoo! chat rooms between January and August of 2005 soliciting contacts with persons who have sexual intercourse with "little kids"; and (4) substantial evidence tied Huitt to the screen name "voyager837009."

From this evidence, a rational trier of fact could have found that Huitt uploaded the 85 images of child pornography on June 5, 2005, to the Yahoo! Photos folder. Huitt argues that the Government never introduced evidence of an "upload log," but the evidence listed above provides the same proof.

Huitt also seeks a new trial under Rule 33. After reviewing the briefing and the evidence, the Court can find no reason to grant Huitt's motion. Accordingly, it shall be denied.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for

**Memorandum Decision and Order – Page 2**

acquittal or for new trial (Docket No. 68) is DENIED.



DATED: **March 13, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision and Order – Page 3**